**Electronically Filed
Supreme Court
SCWC-14-0000358
10-AUG-2015
10:58 AM**

SCWC-14-0000358

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ROYCE C. GOUVEIA, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000358; CR. NO. 12-1-1474)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Royce C. Gouveia's
application for writ of certiorari filed on July 2, 2015, is
hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

DATED:  Honolulu, Hawai'i, August 10, 2015.

Keith S. Shigetomi
for petitioner

Donn Fudo for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

